# United States District Court
## For The Western District of North Carolina
### Statesville Division

FILED
STATESVILLE, N.C.

NOV 3 2005

U.S. DISTRICT COURT
W. DIST. OF NC

LLOYD DANCEY,

    Plaintiff(s),

vs.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV38

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2005, Order.

November 3, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk